UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW JAMES LINDSAY ESQ., *also known as* Matthew James Lindsay Shore, Esq.,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN PAUL ALLEN SOCKEY, et al.,<br><br>Defendants. | Case No. C15-47-MJP<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Report and Recommendation is **ADOPTED**;

2. This matter is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted; and

3. The Clerk shall send a copy of this Order to the plaintiff and to Judge Tsuchida.

DATED this 2nd day of June, 2015.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1